HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLEN THOMPSON, JR. and GLEN THOMPSON, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> ON-SITE MANAGER, INC. <br><br> Defendant. | NO. 2:15-cv-01596-TSZ <br><br> **JURY DEMAND** <br><br> (CLERK'S ACTION REQUIRED) |

TO:         THE CLERK OF THE COURT;

AND TO:   GLEN THOMPSON, JR. AND GLEN THOMPSON, SR.

AND TO:   COUNSEL FOR PLAINTIFFS

Pursuant to Rules 38(b) and 81(c) of the Federal Rules of Civil Procedure, Defendant On-Site Manager, Inc. elects to have all claims and issues in the above-captioned case tried by a jury.

///

///

///

///

///

JURY DEMAND - 1
(2:15-CV-01596-TSZ)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | | |
|---|---|---|
| Dated: May 12, 2016. | | GORDON & REES LLP |
| | By: | s/ Jeffrey E. Bilanko |
| | | Jeffrey E. Bilanko, WSBA # 38829 |
| | | s/ Elizabeth K. Morrison |
| | | Elizabeth K. Morrison, WSBA #43042 |
| | | Gordon & Rees LLP |
| | | 701 5th Avenue, Suite 2100 |
| | | Seattle, WA 98104 |
| | | Phone: (206) 695-5100 |
| | | Fax: (206) 689-2822 |
| | | jbilanko@gordonrees.com |
| | | emorrison@gordonrees.com |
| | | Attorneys for Defendant On-Site Manager, Inc. |

JURY DEMAND - 2
(2:15-CV-01596-TSZ)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

**Attorneys for Plaintiff**:
Eric Dunn
Allyson O'Malley-Jones
Leticia Camacho
Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, WA 98104
Tel.: (206) 464-1519
Fax: (206) 624-7501

☐ U.S. Mail Postage Prepaid
☒ CM/ECF
☐ Hand Delivery
☐ Email: EricD@nwjustice.org
        leticiac@nwjustice.org

Dated this 12th day of May 2016.

/s/ Stephanie M. Hosey
Stephanie M. Hosey, Legal Secretary

JURY DEMAND - 3
(2:15-CV-01596-TSZ)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1112847/28008430v.1