Hon. Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLENN THOMPSON, JR., and GLENN THOMPSON, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> ON-SITE MANAGER, INC., <br><br> Defendant. | No. 2:15-cv-01596-TSZ <br><br> DECLARATION OF COUNSEL REGARDING MOTION FOR LEAVE TO AMEND |

1. My name is Leticia Camacho. I am attorney of record for Plaintiffs in this matter.

2. On October 19, 2016—at the end of a deposition conducted by Defendant's counsel—Jeffrey Bilanko—at his office, I informed Mr. Bilanko that I would be forwarding Plaintiffs' First Amended Complaint for his review—pursuant to Fed.R.Civ.P 15(a)(2). In the event that Defendant did not consent to the First Amended Complaint, I informed Mr. Bilanko that I would be filing a Motion for Leave to Amend.

3. On October 25, 2016, I e-mailed Mr. Bilanko the First Amended Complaint and asked for confirmation of Defendant's consent or opposition. Subsequently, I e-mailed Mr. Bilanko to set up a conference call for October 27, 2016, to discuss Defendant's position regarding the First

DECLARATION OF COUNSEL RE
MOTION FOR LEAVE TO AMEND - 1

Northwest Justice Project
401 Second Ave S. Suite 407
Seattle, WA 98104
Tel. (206) 464-1519  Fax (206) 624-7501

1 Amended Complaint. Counsel were not able to confer until October 31, 2016, and received a
2 written confirmation on November 1, 2016, that Defendant opposes the First Amended
3 Complaint. See Exhibit 1, attached.
4 4.     Attached, as Exhibit 2, is a true and correct copy of a document faxed from the Northwest
5 Justice Project to On-Site Manager, Inc. on August 18, 2015.
6 5.     Attached, as Exhibit 3, is a true and correct copy of Mr. Thompson, Sr.'s tenant screening
7 report.
8 6.     Attached, as Exhibit 4, is a true and correct copy of Mr. Thompson, Jr.'s tenant screening
9 report.
10 7.    Attached, as Exhibit 5, is a true and correct copy of screening report for Mr. Thompson,
11 Sr., produced for Club Palisades by On-Site Manager, Inc.
12 8.    Attached, as Exhibit 6, is a true and correct copy of a screening report for Mr. Thompson,
13 Jr., produced for Club Palisades by On-Site Manager, Inc.
14 9.    Attached, as Exhibit 7, is a true and correct copy of the transcript of the Deposition of
15 Shannon Dustin.
16 9.    Attached, as Exhibit 8, is a true and correct copy of a screening report for Mr. Thompson,
17 Sr., produced for The Lodge by On-Site Manager, Inc.
18 10.   Attached, as Exhibit 9, is a true and correct copy of a screening report for Mr. Thompson,
19 Jr., produced for The Lodge by On-Site Manager, Inc.
20 11.   Attached, as Exhibit 10, is a true and correct copy of the transcript of the Deposition of
21 Joseph Davidson—On-Site Manager, Inc.'s 30(b)(6) Deposition.
22 12.   Attached, as Exhibit 11, is a true and correct copy of letter that I wrote to Nicholas L.
23 Jenkins, attorney of record for Greystar Management—property management company for "The
24

DECLARATION OF COUNSEL RE
MOTION FOR LEAVE TO AMEND - 2

Northwest Justice Project
401 Second Ave S. Suite 407
Seattle, WA 98104
Tel. (206) 464-1519  Fax (206) 624-7501

1  Lodge"—regarding the Subpoena Duces Tecum and the scheduled Deposition.

2

3  I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF WASHINGTON, THAT THE FOREGOING IS TRUE AND CORRECT.

4
   Signed at Seattle, Washington on November  3 , 2016
5

6  _____
   Leticia Camacho, WSBA #31341
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF COUNSEL RE
MOTION FOR LEAVE TO AMEND - 3

## DECLARATION OF SERVICE

I hereby certify that on the 3rd day of November, 2016, I electronically filed the foregoing document to which this declaration is attached with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**COUNSEL FOR DEFENDANT**
Jeffrey Bilanko
William Kiendl
Gordon & Rees LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
jbilanko@gordonrees.com
wkiendl@gordonrees.com

and to Stephanie Hosey (shosey@gordonrees.com).

Dated this 3rd day of November, 2016.

*/s/ Norma Butler*
Norma Butler, Legal Assistant

DECLARATION OF COUNSEL RE
MOTION FOR LEAVE TO AMEND - 4

**Northwest Justice Project**
401 Second Ave S. Suite 407
Seattle, WA 98104
Tel. (206) 464-1519  Fax (206) 624-7501