The Honorable Thomas Zilly

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLENN THOMPSON, JR. and GLENN THOMPSON, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> ON-SITE MANAGER, INC. <br><br> Defendant. | No.  2:15-cv-01596-TSZ <br><br> **STIPULATED MOTION TO DISMISS** <br><br> **Note on Motion Calendar for Decision on January 25, 2017** |

**I.    Relief Requested**

Plaintiffs Glenn Thompson, Jr. and Glenn Thompson, Sr. ("Plaintiffs") and Defendant On-Site Manager, Inc. ("Defendant")(collectively, "the Parties"), by and through their attorneys of record, jointly submit this stipulated motion seeking an order dismissing all claims in this action.  The motion is authorized by Fed.R.Civ.P. 41(a)(1)(A)(ii).

**II.    Statement of Relevant Facts**

Plaintiffs filed this action on October 6, 2015, under the federal Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.), Washington's Fair Credit Reporting Act (RCW 19.182) and Washington's Consumer Protection Act (RCW 19.86).  The sole Defendant is On-Site Manager,

STIPULATED MOTION TO DISMISS - 1

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

Inc., (On-Site), a consumer reporting agency that markets tenant-screening reports on rental housing applicants to residential landlords. Plaintiffs filed a First Amended Complaint on December 9, 2016. Defendant filed an Answer to Plaintiffs' First Amended Complaint on January 5, 2017. Defendant did not plead any counterclaims. Neither party has filed a Motion for Summary Judgment. The discovery cut-off deadline was January 20, 2017. This case is scheduled for trial on May 15, 2017.

With this Stipulation, Plaintiffs agree to dismiss all claims for relief in Plaintiffs' First Amended Complaint, and the parties agree that each party will bear its own costs in this action. There are no further issues for the Court to consider.

### III. Question Presented

Should the Court dismiss with prejudice all claims for relief made by Plaintiffs in their First Amended Complaint?

Answer: Yes, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

### IV. Evidence Relied Upon

The parties rely upon the Court file and the Stipulation of Counsel as provided herein.

### V. Legal Authority & Argument

The Court has the authority to dismiss any claims for relief in Plaintiffs' First Amended Complaint. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) governs voluntary dismissals entered by stipulation. It provides that the parties may dismiss the action by filing a stipulation of dismissal. See Fed.R.Civ.P. 41(a)(1)(A)(ii). Plaintiffs, by this motion, are abandoning all of their claims, and Defendant has not pleaded any counterclaims in this action. Under these circumstances, entry of an order dismissing all claims by stipulation of the parties is proper.

### VI. Conclusion

STIPULATED MOTION TO DISMISS - 2

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519 Fax: (206) 624-7501

1  For the above stated reasons, the parties respectfully request an order dismissing all
2  claims in this action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

4  Respectfully Submitted this 24th day of January 2017.

6  **NORTHWEST JUSTICE PROJECT**          **GORDON & REESE LLP**

8  Leticia Camacho, WSBA #31341           Jeffrey E. Bilanko, WSBA #38829
   401 Second Ave S, Suite 407            Elizabeth K. Morrison, WSBA #43042
9  Seattle, WA 98104                      701 5th Avenue, Suite 2100
   Phone: (206) 464-1519                  Seattle, WA 98104
10 Fax:    (206) 624-7501                 Phone: (206) 695-5100
   leticiac@nwjustice.org                 Fax:   (206) 689-2822
11                                        jbilanko@gordonrees.com
                                          emorrison@gordonrees.com

STIPULATED MOTION TO DISMISS - 3

# DECLARATION OF SERVICE

I hereby certify that on the 25th day of January, 2017, I electronically filed the foregoing document to which this declaration is attached with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**COUNSEL FOR DEFENDANT**
Jeffrey Bilanko
Elizabeth Morrison
Gordon & Rees LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
jbilanko@gordonrees.com
emorrison@gordonrees.com

and to Stephanie Hosey (shosey@gordonrees.com).

Dated this 25th day of January, 2017.

/s/ Norma Butler
Norma Butler, Legal Assistant

STIPULATED MOTION TO DISMISS - 4

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501