The Honorable Thomas Zilly

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| GLENN THOMPSON, JR. and GLENN THOMPSON, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> ON-SITE MANAGER, INC. <br><br> Defendant. | No.   2:15-cv-01596-TSZ <br><br> AGREED ORDER ON MOTION TO DISMISS <br><br> **Note on Motion Calendar for Decision on January 25, 2017** |

THIS MATTER came before the Court on the parties' Stipulated Motion and Agreed Order to Dismiss with prejudice. The Court reviewed the stipulated motion and the record and court file in this matter. Based on the foregoing, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Court hereby orders as follows:

1. The motion is GRANTED.

2. This action shall be dismissed with prejudice.

3. Each party will bear its own costs in this action.

ORDER ON MOTION TO DISMISS - 1

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501

IT IS SO ORDERED.

Dated this _____ day of _____, 2017, at _____ (am / pm).

_____
U.S. District Judge

Presented by:

| NORTHWEST JUSTICE PROJECT | GORDON & REESE LLP |
|---|---|
| *[signature]* | *[signature]* |
| Leticia Camacho, WSBA #31341<br>401 Second Ave S, Suite 407<br>Seattle, WA 98104<br>Phone: (206) 464-1519<br>Fax: (206) 624-7501<br>leticiac@nwjustice.org | Jeffrey E. Bilanko, WSBA #38829<br>Elizabeth K. Morrison, WSBA #43042<br>701 5th Avenue, Suite 2100<br>Seattle, WA 98104<br>Phone: (206) 695-5100<br>Fax: (206) 689-2822<br>jbilanko@gordonrees.com<br>emorrison@gordonrees.com |

ORDER ON MOTION TO DISMISS - 2

Northwest Justice Project
401 Second Avenue S, Suite 407
Seattle, Washington 98104
Phone: (206) 464-1519  Fax: (206) 624-7501